Burns Realty Company, a corporation, *et al.,* Appellants, v. Anna Stanley, a widow, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Randolph Calhoun,* for Appellants.

*J. D. Gill,* for Appellee.

Kathrine Neville, Appellant, v. Sol Meyer, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.